UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BIRAHIMA DOUTA THIAW,<br><br>                            Petitioner,<br>v.<br><br>SUPERINTENDANT LAUER,<br><br>                            Respondent. | Case No. 2:14-cv-00698-MMD-CWH<br><br>ORDER |

Petitioner has submitted an amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (dkt. no. 3). The Court will serve it upon respondent.

It is therefore ordered that the Clerk shall serve copies of the petition (dkt. no. 1) and this order upon respondent as follows:

1.   By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure;

2.   By sending a copy of the petition and this order by registered or certified mail to the Honorable Eric Holder, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530;

      3.    By sending a copy of the petition and this order by registered or certified mail to the United States Department of Homeland Security, Washington, DC 20528; and

      4.    By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition and this order on the Superintendent of the Henderson Detention Center, 18 E. Basic, Henderson, NV 89015.

It is further ordered that respondent shall file and serve an answer to the petition within twenty (20) days from the date that this order is entered, unless for good cause additional time is allowed.

DATED THIS 3rd day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE