DANIEL G. BOGDEN
United States Attorney

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *patrick.rose@usdoj.gov*

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BIRAHIMA DOUTA THIAW, | Case No. 2:14-cv-00698-MMD-CWH |
| Petitioner, | |
| v. | |
| SUPERINTENDANT LAUER, | |
| Respondent. | |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Troy D. Liggett to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.

Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Troy D. Liggett is a Trial Attorney with the U.S. Department of Justice's Office of Immigration Litigation, District Court Section.   Mr. Liggett is an active member in good standing of the bar of the District of Columbia, Bar No. 995073.  His contact information is as follows:

> Troy D. Liggett
> Trial Attorney
> Office of Immigration Litigation – District Court Section
> United States Department of Justice
> Post Office Box 868
> Ben Franklin Station
> Washington, DC  20044
> 202-532-4765 (phone)
> 202-305-7000 (fax)
> troy.liggett@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Troy D. Liggett to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 18th day of July 2014.

>> DANIEL G. BOGDEN
>> United States Attorney
>>
>> */s/ Patrick A. Rose*
>> PATRICK A. ROSE
>> Assistant United States Attorney

>> **IT IS SO ORDERED:**
>>
>> _____
>> **UNITED STATES DISTRICT JUDGE**
>> ~~UNITED STATES MAGISTRATE JUDGE~~
>>
>> **DATED:** July 21, 2014 _____

2

**PROOF OF SERVICE**

I, Patrick A Rose, certify that the following person was served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date, and via the method of service, stated below:

**U.S. Mail**

Birahima Douta Thiaw
645005
Henderson Detention Center
P.O. Box 95050
Henderson, Nevada 95050

*Pro se Plaintiff*

Dated this 18th day of July 2014.

/s/ Patrick A. Rose
PATRICK A. ROSE
Assistant United States Attorney

3