UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BIRAHIMA DOUTA THIAW,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>SUPERINTENDANT LAUER,<br><br>　　　　　　　　Respondent. | Case No. 2:14-cv-00698-MMD-CWH<br><br>ORDER |

Before the Court are the amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (dkt. no. 3) and respondents' answer (dkt. no. 15). Petitioner alleges that he is held in the Henderson Detention Center pending removal from the United States beyond the reasonable time allowed in *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), and he seeks release from his confinement. Respondents have demonstrated to the Court's satisfaction that petitioner has been released from the jail, subject to supervision. Furthermore, mail from the Court to petitioner has been returned with notations that petitioner is not in custody at the Henderson Detention Center. Because petitioner has already received the relief which the Court would have granted, the amended petition (dkt. no. 3) is moot.

Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that the amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (dkt. no. 3) is denied.

The Clerk of the Court shall enter judgment accordingly.

1    It is further ordered that a certificate of appealability is denied.

    DATED THIS 11th day of August 2014.

                                    _____
                                    MIRANDA M. DU
                                    UNITED STATES DISTRICT JUDGE